**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CALVIN DICKEY, SR., &
NICOLE DICKEY, individually and as
co-administrators of the Estate of Calvin
Dickey, Jr.,

        Plaintiffs,

   v.

BUCKNELL UNIVERSITY,

        Defendant.

No. 4:25-CV-02112

(Chief Judge Brann)

## ORDER

**JUNE 26, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.    Bucknell's motion to dismiss (Doc. 9) is **GRANTED** as to the negligent hiring cause of action within Count I;

2.    Bucknell's motion to dismiss is otherwise **DENIED**;

3.    The Dickeys may file an amended complaint within **14 DAYS** of this Order;

4.    If no amended complaint is filed, Bucknell shall file its answer to the remaining claims of the complaint within **28 DAYS** of this Order.

        BY THE COURT:

        *s/ Matthew W. Brann*
        Matthew W. Brann
        Chief United States District Judge